UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-80405-Middlebrooks/Brannon

JANET HOYT,

    Plaintiff,

vs.

CAPITOL CARPET AND TILE OF BOCA
RATON, INC., CAPITOL CARPET, INC. and
CAPITOL CARPET OF LANTANA, INC.,
d/b/a CAPITOL CARPET & TILE AND
WINDOW FASHIONS,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF PENDING SETTLEMENT

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendants, CAPITOL CARPET AND TILE OF BOCA RATON, INC., CAPITOL CARPET, INC. and CAPITOL CARPET OF LANTANA, INC., d/b/a CAPITOL CARPET & TILE AND WINDOW FASHIONS ("Defendants"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

                              BY: /s/ Jason S. Weiss
                                    Jason S. Weiss
                                    Jason@jswlawyer.com
                                    Florida Bar No. 356890
                                    WEISS LAW GROUP, P.A.
                                    5531 N. University Drive, Suite 103
                                    Coral Springs, FL 33067
                                    Tel: (954) 573-2800
                                    Fax: (954) 573-2798
                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890