UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANET HOYT,

    Plaintiff,                                             CASE NO.: 17-cv-80405-Middlebrooks/Brannon

vs.

CAPITOL CARPET AND TILE OF BOCA
RATON, INC., CAPITOL CARPET, INC. and
CAPITOL CARPET OF LANTANA, INC.,
d/b/a CAPITOL CARPET & TILE AND
WINDOW FASHIONS,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff") and Defendant, CAPITOL CARPET & TILE OF BOCA RATON, INC., CAPITOL CARPET, INC. and CAPITOL CARPET OF LANTANA INC. d/b/a CAPITOL CARPET & TILE AND WINDOW FASHIONS ("Defendant"), by and through their respective undersigned counsels, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear her/its own fees and costs. Plaintiff and Defendant request that this Court enter an Order of Dismissal with Prejudice.

Dated this 30th day of August, 2017.

| WEISS LAW GROUP, P.A. | LAW OFFICES OF VALENTIN |
|---|---|
| *Attorneys for Plaintiff* | **RODRIGUEZ, P.A.** |
| 5531 N. University Drive | *Attorneys for Defendant* |
| Suite 103 | 120 S. Dixie Highway |
| Coral Springs, FL 33067 | Suite 204 |
| Tel: (954) 573-2800 | West Palm Beach, FL 33401 |
| Fax: (954) 573-2798 | Tel: (561) 832-7510 |
| | |
| BY:   /s/ Jason S. Weiss | BY: /s/ Valentin Rodriguez, Jr. |
| Jason S. Weiss | Valentin Rodriguez, Jr. |
| Jason@jswlawyer.com | Defend1@bellsouth.net |
| Florida Bar No. 356890 | Florida Bar No.: 47661 |